[Docket Nos. 20, 21, 22, 27 & 36]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| DENNIS BELL, JR. Plaintiff, v. BRIGANTINE MUNICIPAL COURT, et al., Defendants. | Civil No. 07-1587(RMB) **ORDER** |

This matter having come before the Court upon several motions: (1) Plaintiff's motion for default judgment as to Defendant Henry G. Broome, Jr. [Docket No. 20]; (2) Defendant Broome's motion to vacate the motion for default judgment and to dismiss [Docket No. 21]; (3) Defendants Egg Harbor Township Municipal Court, Administrative Law Judge H. Robert Switzer, and Patrolman John C. Lee's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) [Docket No. 22]; 4) Plaintiff's request for entry of default against Defendant Merline [Docket No. 27]; and, 5) Plaintiff's request for leave to file an Amended Complaint. [Docket No. 36]; and the Court having reviewed the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Plaintiff's motion for entry of default judgment as to Defendant Henry G. Broome, Jr. [Docket No. 20] is **DENIED**; and

IT IS FURTHER **ORDERED** that (2) Defendant Broome's motion to vacate the motion for default judgment and to dismiss the Complaint is **GRANTED** [Docket No. 21]; and

IT IS FURTHER **ORDERED** that (3) Defendants Egg Harbor Township Municipal Court, Administrative Law Judge H. Robert Switzer, and Patrolman John C. Lee's motion for judgment on the pleadings [Docket No. 22], is **GRANTED**, with regard to claims against Egg Harbor Municipal Court and Administrative Law Judge Switzer, and **DENIED** with regard to John C. Lee; and

IT IS FURTHER **ORDERED** that Plaintiff's request for entry of default against Defendant Merline [Docket No. 27] is **DENIED** and both Merline and Atlantic County Justice Facility are dismissed from this action; and

IT IS FURTHER **ORDERED** that Plaintiff's request for leave to file an Amended Complaint as proposed [Docket No. 36] is **DENIED**; and

IT IS FURTHER **ORDERED** that Plaintiff shall have **thirty (30) days** from the date of this Opinion and Order to file an **Amended**

**Complaint consistent with this Court's Opinion.**

Dated: January 29, 2008                    s/Renée Marie Bumb
                                                    RENÉE MARIE BUMB
                                                    UNITED STATES DISTRICT JUDGE